**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
501 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988

**Kelly L. Stephens**
**Clerk**

513-564-7000

FILED
Dec 9, 2025
KELLY L. STEPHENS, Clerk

December 9, 2025

Andrew Michael Grossman
Caroline W. Tan

Re: Case No. 25-3259, *John Ream v. U.S. Dept. of the Treasury, et al.*

Dear Counsel,

    Please be advised that the panel expects to discuss, and the Government should be prepared to address, the merits of the constitutional claims in this case during oral argument on Wednesday, December 10, 2025.

Sincerely,

Kelly L. Stephens, Clerk