**FILED**

Dec 11, 2025

KELLY L. STEPHENS, Clerk

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
501 POTTER STEWART U.S. COURTHOUSE
100 EAST FIFTH STREET
CINCINNATI, OHIO 45202-3988

**Kelly L. Stephens**
**Clerk**

**513-564-7000**

December 11, 2025

Andrew Michael Grossman
Caroline W. Tan

Re: Case No. 25-3259, *John Ream v. U.S. Dept. of the Treasury, et al.*

Dear Counsel,

The panel directs the government to file, not later than 5 p.m. on January 7, 2026, a supplemental brief not to exceed 5,000 words, addressing the merits of the plaintiff's constitutional claims. The plaintiff may file a response, not to exceed 2,500 words, by 5 pm on January 14, 2026.

Sincerely,

Kelly L. Stephens, Clerk